# IN THE MISSOURI COURT OF APPEALS
## MAY 20, 2014
## WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------------

| | |
|---|---|
| WD75429 | Roger P. Karl, et al vs. Sylvia Conner, et al |
| WD75430 | Consolidated with WD75429 |
| WD76172 | Vincent L. Bell vs. State of Missouri |
| WD76184 | In the Interest of: C.J.T. vs. Juvenile Officer |
| WD76260 | Edward Q. Brown vs. State of Missouri |
| WD76266 | Martha Delores Clark vs. Linda A. Hodges and Jimmie Hodges |
| WD76449 | Arlin VanVoorst vs. Vicky VanVoorst (Modified Pursuant to Rule 84.14) |
| WD76618 | Midwestern Health Management, Inc., D/B/A Northwest Financial Services vs. Byron G. Gorman and Lelonia Gorman |
| WD76731 | Anissea Beth Lajeunesse vs. Mark Lajenuesse |
| WD76899 | Howard Saunders vs. Steve Bowen D/B/A Steve Custom Builders; Treasurer of the State of Missouri, Custodian of The Second Injury Fund |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------------

| | |
|---|---|
| WD76333 | State of Missouri vs. Eric D. Bratton |